IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION
_____

**THE WINDY OAKS CONDOMINIUM ASSOCIATION,**

      Plaintiff,

v.                                         Civil Action No. 3:18-cv-0498
                                                         JURY DEMAND

**OWNERS INSURANCE COMPANY,**

      **Defendant.**
_____

## NOTICE OF SETTLEMENT
_____

      COMES NOW the Parties, by and through their respective counsel, and provide notice to the Court that the issues involved in this litigation have been resolved. Said resolution will now be memorialized in a written settlement agreement. Once the written settlement agreement has been drafted and executed, the Parties will file a Notice of Dismissal.

      Respectfully submitted,

      McWHERTER SCOTT & BOBBITT PLC

      s/Clinton H. Scott
      CLINTON H. SCOTT #23008
      clint@msb.law
      54 Exeter Road, Suite D
      Jackson, Tennessee 38305
      (731) 664-1340

      J. BRANDON McWHERTER #21600
      brandon@msb.law
      JONATHAN L. BOBBITT #23515
      jonathan@msb.law
      341 Cool Springs Blvd., Suite 230
      Franklin, Tennessee 37067
      (615) 354-1144

      *Attorneys for Plaintiff*

BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC

s/E. Jason Ferrell with permission by CHS
E. JASON FERRELL #24425
jferrell@bkblaw.com
PARKS T. CHASTAIN #13744
pchastain@bkblaw.com
545 Mainstream Drive, Suite 101
Nashville, TN 37228

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice of Service was served upon the following, via the Court's Electronic Filing System, on the 20th day of April 2021.

Parks T. Chastain
pchastain@bkblaw.com
E. Jason Ferrell
jferrell@bkblaw.com
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228

s/Clinton H. Scott