IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| THE WINDY OAKS CONDOMINIUM ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 3:18-CV-00498 JURY DEMAND |
| OWNERS INSURANCE COMPANY, | ) ) | District Court Judge Katherine A. Crytzer |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action hereby stipulate that the Plaintiff's cause of action against Owners Insurance Company is voluntarily dismissed with prejudice. Each party shall pay its own attorney's fees, court costs, and discretionary costs.

Respectfully submitted,

_____/s Clinton H. Scott w/permission_____
**CLINTON H. SCOTT**
Registration No. 23008
PHONE: (731) 664-1340
clint@msb.law

**McWHERTER SCOTT BOBBITT PLC**
54 Exeter Road, Suite D
Jackson, TN 38305

**J. BRANDON McWHERTER**
Registration No. 21600
brandon@msb.law
**JONATHAN L. BOBBITT**
Registration No. 23515
jonathan@msbl.aw

PHONE: (615) 354-1144
Attorneys for Plaintiff

**McWHERTER SCOTT BOBBITT PLC**
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067


s/E. Jason Ferrell
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**E. JASON FERRELL**
Registration No. 24425
DIRECT: (615) 630-7716
(615) 256-8787, Ext. 116
jferrell@bkblaw.com
Attorneys for Defendant, Owners Insurance Company

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228


## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

J. Brandon McWherter, Esquire
Jonathan L. Bobbitt, Esquire
McWherter Scott Bobbitt, PLC
341 Cool Springs Boulevard, Suite 230
Franklin, TN 37067

Clinton H. Scott, Esquire
McWherter Scott & Bobbitt, PLC
54 Exeter Road, Suite D
Jackson, TN 38305

s/E. Jason Ferrell
**E. JASON FERRELL**

EJF:kjs